*346
 
 Henderson, Judge.
 

 The Plaintiff has certainly nt> ground to complain of the charge of the Judge, for it left ° „ ,
 
 n
 
 ° the Deiendant very narrow grounds, on which to rest his justification — too narrow, in the case of an outrage attempted by a slave1.
 

 As to the evidence of tiie genera! good character, and orderly deportment of tiie slave offered by the Plaintiff, and rejected by the. Judge, 1 think it should have been received, to repel tiie presumption, relied on by the Defendant as a justification, it was relevant, as it tended in the absence of positive prool, to throw light upon the subject, and aid the Jury in arriving at the most probable conclusion, as to the circumstances under which the act was committed by the Defendant, if in fact it was committed by him. But the Plaintiff is not entitled to a new trial on that ground, because the Jury having found the Defendant
 
 not guilty,
 
 the justification could not have been passed on by them. Although they have found all the issues in favor of the Deiendant, (which is a very improper way of entering a verdict, as the facts in issue should be either affirmed or disaffirmed,) yet they also find the Defendant
 
 not guilty.
 
 We cannot impute to the, Jury the absurdity of saying, that the Deiendant was justified in an act, which they at the same time say he did not commit.
 

 Per Curiam. — Judgment affirmed.